IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARJORIE OZAN** § | | |
| *Plaintiff,* § | **CASE NO. 4:24-CV-01859** | |
| § | | |
| **v.** § | | |
| § | | |
| **THE LUBRIZOL CORPORATION** § | **JURY DEMANDED** | |
| *Defendant.* § | | |

### Defendant The Lubrizol Corporation's
### Certificate of Interested Parties

To the Honorable U.S. District Judge Keith Ellison:

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties (Doc. 2), Defendant The Lubrizol Corporation ("Defendant" or "Lubrizol") submits its Certificate of Interested Parties.

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and other entities are financially interested in the outcome of this litigation:

1. Plaintiff Marjorie Ozan.

2. Newar Law.

3. Scott Newar, of Newar Law.

4. Defendant The Lubrizol Corporation.

At this time, Defendant is not aware of any additional parties, persons, or entities who are financially interested in the outcome of this litigation. The undersigned attorneys of record for Defendant are listed for identification purposes only and do not have a financial interest in the outcome of this litigation.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: /s/ Diana Pérez Gomez
Diana Pérez Gomez
State Bar No. 24041674
Federal I.D. No. 606231
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553
diana.gomez@chamberlainlaw.com

**ATTORNEY IN CHARGE FOR DEFENDANT THE LUBRIZOL CORPORATION**

**Of Counsel:**

Leslie T. Tan
State Bar No. 24046998
Federal I.D. No. 635202
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553
leslie.tan@chamberlainlaw.com

**CERTIFICATE OF SERVICE**

On July 18, 2024, pursuant to Federal Rule of Civil Procedure 5, a correct copy of this pleading was sent to:

Scott Newar
NEWAR LAW
440 Louisiana, Suite 900
Houston, Texas 77002

/s/ Diana Pérez Gomez
Diana Pérez Gomez