IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARJORIE OZAN § | | |
| *Plaintiff*, § | CASE NO. 4:24-CV-01859 | |
| § | | |
| v. § | | |
| § | | |
| THE LUBRIZOL CORPORATION § | JURY DEMANDED | |
| *Defendant*. § | | |

**Defendant The Lubrizol Corporation's**
<u>**Rule 7.1 Disclosure Statement**</u>

To the Honorable U.S. District Judge Keith Ellison:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Lubrizol Corporation ("Defendant" or "Lubrizol") submits its Rule 7.1 Disclosure Statement.

Lubrizol is a nongovernmental corporate party whose stock is wholly owned by Berkshire Hathaway Inc., a publicly traded corporation.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
  WILLIAMS & AUGHTRY, P.C.

By:   */s/ Diana Pérez Gomez*
      Diana Pérez Gomez
      State Bar No. 24041674
      Federal I.D. No. 606231
      1200 Smith Street, Suite 1400
      Houston, Texas 77002
      Telephone:  (713) 658-1818
      Facsimile:  (713) 658-2553
      diana.gomez@chamberlainlaw.com

**ATTORNEY IN CHARGE FOR DEFENDANT
THE LUBRIZOL CORPORATION**

**Of Counsel:**

Leslie T. Tan
State Bar No. 24046998
Federal I.D. No. 635202
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone:  (713) 658-1818
Facsimile:  (713) 658-2553
leslie.tan@chamberlainlaw.com

**CERTIFICATE OF SERVICE**

On July 18, 2024, pursuant to Federal Rule of Civil Procedure 5, a correct copy of this pleading was sent to:

Scott Newar
NEWAR LAW
440 Louisiana, Suite 900
Houston, Texas 77002

                                          */s/ Diana Pérez Gomez*
                                             Diana Pérez Gomez